**RECEIVED**

AUG 1 8 2011

TONY R. MOORE, CLERK
BY_____
        DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| FREDDIE R. LEWIS | CIVIL ACTION NO. 11-469-P |
| VERSUS | JUDGE STAGG |
| WARDEN TIMOTHY WILKINSON | MAGISTRATE JUDGE HORNSBY |

O R D E R

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including written objections filed by Plaintiff, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the motion for injunctive order (Doc. 4) is **DENIED** to the extent Plaintiff requests unlimited access to the law library for the duration of his custody.

**IT IS FURTHER ORDERED** that the motion for injunctive order is **MOOT** to the extent Plaintiff requests the court to order prison officials to cease and desist from interfering with his access to the law library, as Plaintiff has withdrawn this request. See Record Document 18.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this 18th day of August 2011.

TOM STAGG
UNITED STATES DISTRICT JUDGE